IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SKY MIGUEL LITTLE COYOTE,<br><br>Plaintiff,<br><br>vs.<br><br>STACEY T. COLBRESE, ROSEBUD COUNTY MISDEMEANOR PROBATION OFFICER; ROSEBUD COUNTY MISDEMEANOR PROBATION; MONTANA STATE CAPITOL; THE WHITE HOUSE; UNITED NATION HEADQUARTERS; ROSEBUD COUNTY COMMISSIONER,<br><br>Defendants. | CV 21-125-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on Little Coyote's failure to respond to the Court's order to show cause. (Doc. 16). The Magistrate recommended that the action be dismissed for failure to prosecute and failure to show cause and comply with the Court's orders. (Doc. 16 at 4-5). The Magistrate also recommended that the Court certify that any appeal of this decision would not be taken in good faith. (Doc. 16 at 5).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and

1

Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 16) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that this matter is DISMISSED with prejudice. The Clerk of Court shall have the docket reflect that, pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, that any appeal of this decision will not be taken in good faith.

DATED this 23rd day of August, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge